## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BRIAN DALE, on behalf of himself and all others similarly situated, | Case No. 1:18-cv-1148-SCJ |
| Plaintiff, | Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P. |
| v. | JAMES N. HATTEN, Clerk |
| LK, LLC d/b/a LINE KILLERS, | By: s/R. Spratt Deputy Clerk |
| Defendant. | Date: 5/24/2019 |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Plaintiff, BRIAN DALE, on behalf of himself and all others similarly situated, and Defendant, LK, LLC d/b/a LINE KILLERS, through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the following:

1. The parties stipulate to dismiss plaintiff's class action allegations WITHOUT PREJUDICE. The court has not certified the proposed class and no notice has been given to any putative class member of this lawsuit. The parties have settled their differences in a private settlement agreement which is not binding on any class member other than the plaintiff. As such, there is no need for notice to the putative class members pursuant to Fed. R. Civ. P. 23(e).

1

2. The parties stipulate to dismiss plaintiff's individual claims against defendant WITH PREJUDICE with both sides to bear their own fees and costs. This stipulation dismisses the action in its entirety.

DATED: May 23, 2019

RESPECTFULLY SUBMITTED,

By: /s/Shireen Hormozdi
Shireen Hormozdi
SBN: 366987
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road,
Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com

RESPECTFULLY SUBMITTED,

By: /s/ Mark Hoffman
Mark Hoffman
LK, LLC d/b/a Line Killers
1930 Greenspring Drive
Suite 200
Timonium, MD 21093
800-566-1292
*Pro Se*

## **CERTIFICATE OF SERVICE**

On May 23, 2019, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: /s/ Shireen Hormozdi
Shireen Hormozdi